NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT MARTIN,**

*Claimant-Appellant,*

**v.**

**ROBERT A. MCDONALD, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2014-7047

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-2250, Judge Margaret C. Bartley.

---

**ON MOTION**

---

Before PROST, *Chief Judge*, WALLACH and CHEN, *Circuit Judges*.

PER CURIAM.

## O R D E R

Upon consideration of Robert Martin's motion for reconsideration of this court's July 16, 2014 order granting the Secretary's motion for summary affirmance,

2                                    MARTIN v. MCDONALD

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24